IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIN SCOLES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-719-K |
| | § | |
| JUSTIN COX, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation and Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's objections are **OVERRULED.** All pending motions are **DENIED.**

SO ORDERED.

Signed September 17th, 2025.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE